UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

IN RE:                                              CASE NO: 06-33927
   CHARELLA Y GAYNAIR                           (Chapter 13)

                    Debtor      JUDGE LAWRENCE S. WALTER

## REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are
being paid to the Clerk of the Bankruptcy Court.

Check Number: **3985966**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| 1-3/ 1,003 | NATIONSTAR MORTGAGE<br>350 HIGHLAND DRIVE<br>LEWISVILLE, TX  75067 | 443.71 |

/s/ Jeffrey M. Kellner
Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 12/1/2009

Certificate of Service                  06-33927

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH 43215

CHARELLA Y GAYNAIR
404 OXFORD AVENUE
DAYTON, OH 45402

LESTER R THOMPSON
1340 WOODMAN DR
DAYTON, OH 45432

(27.1n)
BETH A BUCHANAN
2200 PNC CENTER
201 EAST FIFTH ST
CINCINNATI, OH 45202

(1003.4)
CONSUMER SOLUTIONS REO LLC
EVERHOME
8100 NATIONS WAY
JACKSONVILLE, FL 32256

(33.1n)
ECMC
BOX 8809
RICHMOND, VA 23225

(28.1n)
EDWARD M KING
400 W MARKET ST
32ND FLOOR
LOUISVILLE, KY 40202

(29.1n)
JON LIEBERMAN
LERNER SAMPSON & ROTHFUSS
PO BOX 5480
CINCINNATI, OH 45201

(30.1n)
MOSS CODILIS
SAXON MORTGAGE
1270 NORTHLAND DR SUITE 200
MONDOTA HEIGHTS, MN 55120

(1005.1n)
NATIONSTAR MORTGAGE
BOX 829009
DALLAS, TX 75382

(1003.1)
NATIONSTAR MORTGAGE
350 HIGHLAND DRIVE
LEWISVILLE, TX 75067

(1003.3)
NATIONSTAR MORTGAGE
BOX 829009
DALLAS, TX 75382

(32.1n)
SAXON MORTGAGE
4708 MERCANTILE DR
FT WORTH, TX 76137

(31.1n)
SAXON MORTGAGE SERVICES INC
1270 NORTHLAND DRIVE SUITE 200
MENDOTA HEIGHTS, MN 55120

Jeffrey M. Kellner BY        /s/ Jeffrey M. Kellner            cs